No. 66616.—I. B. Cohen & Sons Corp. et al. *v.* United States, protests 311780–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of miniature knives similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (44 Cust. Ct. 10, C.D. 2145), the claim of the plaintiffs was sustained.